UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WARFEL CONSTRUCTION COMPANY,<br><br>                 Plaintiff,<br><br>vs.<br><br>T&R ALARM AND ELECTRICAL SYSTEMS INC.,<br><br>                 Defendant | Case No.: 2:22-cv-05021-EP-CLW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned as attorneys for the parties to the above-entitled action, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), that the above-entitled action is hereby dismissed with prejudice and on the merits, without costs, by and between plaintiff Warfel Construction Company Inc. and defendant T&R Alarm and Electrical Systems Inc.

**IT IS FURTHER STIPULATED AND AGREED** by and among the undersigned attorneys for the parties to the above-entitled action that this Court retain jurisdiction of the within matter solely for enforcement of the settlement.

| | |
|---|---|
| BITTIGER ELIAS TRIOLO & DIEHL P.C.<br>Attorneys for Defendant<br><br>BY: *[signature]*<br>PRISCILLA J. TRIOLO, ESQ.<br><br>Dated: April 5, 2023 | WHITEFORD TAYLOR PRESTON, LLP<br>Attorneys for Plaintiff<br><br>BY: *[signature]*<br>DANIEL GRIFFITH, ESQ.<br><br>Dated: April 13, 2023 |

SO ORDERED

    s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date:

**The pending motion to dismiss (D.E. 5) is TERMINATED as moot. Please also close out the case.**